# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

    Dale Edwin NEHRING, JR
    Christine Marie NEHRING
        Debtor(s)

Case No. 13 B 36106

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2013.

2) The plan was confirmed on 11/25/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/08/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/04/2015.

5) The case was Converted on 02/18/2016.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,015.57 | |
| Less amount refunded to debtor | $924.00 | |
| **NET RECEIPTS:** | | **$13,091.57** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $524.81 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,524.81** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A.S. Harris P.C. | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 786.00 | 786.24 | 786.24 | 0.00 | 0.00 |
| BANK OF THE WEST | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 227.00 | 252.90 | 252.90 | 0.00 | 0.00 |
| Cardiovascular Consultants | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CarMax Auto Finance | Secured | 13,470.00 | 13,617.03 | 13,470.00 | 6,762.56 | 1,236.15 |
| CarMax Auto Finance | Unsecured | NA | 147.03 | 147.03 | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Alsip | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 100.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| City of Palos Heights | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Rolling Meadows | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Clerk of the Court | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Cardiology | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Cornwell | Unsecured | 5,200.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 273.00 | 273.22 | 273.22 | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | NA | 127.29 | 127.29 | 0.00 | 0.00 |
| Dr Gerald Cahill | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Dr Valek | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| G.I. Associates | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris LTD | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| High Tech Tinley Park | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 395.00 | 395.51 | 395.51 | 0.00 | 0.00 |
| Illinois Collection SE | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 385.17 | 385.17 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 250.00 | 1,575.00 | 1,575.00 | 568.05 | 0.00 |
| LHR Inc | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hosp. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardio. Consultants | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Municipal Collections Of America | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 6,500.00 | NA | NA | 0.00 | 0.00 |
| Nevada Power | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Con. | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopaedic Group, SC | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Plusfour INC. | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Progressive Asset Mgmt. Serv. | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 1,139.47 | 1,139.47 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Republic Services | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 3,600.00 | 2,583.12 | 2,583.12 | 0.00 | 0.00 |
| Scheer Green & Burke | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 405.00 | 771.21 | 771.21 | 0.00 | 0.00 |
| SST Inc | Unsecured | 0.00 | 3,236.50 | 3,236.50 | 0.00 | 0.00 |
| St. Rose Hospital | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Hospital & Medical | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UMC of Southern Nevada | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Tinley Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,470.00 | $6,762.56 | $1,236.15 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,470.00** | **$6,762.56** | **$1,236.15** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,575.00 | $568.05 | $0.00 |
| **TOTAL PRIORITY**: | **$1,575.00** | **$568.05** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$11,097.66** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,524.81 |
| Disbursements to Creditors | $8,566.76 |
| **TOTAL DISBURSEMENTS** : | **$13,091.57** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/02/2016     By: /s/ Marilyn O. Marshall
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**